No. 93–7932. CHAPMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8320. PIRON v. DEPARTMENT OF ENERGY ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–8381. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8429. DERSHEM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8442. DARDEN-BEY ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–8468. CHOATE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8540. CALDWELL ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8581. SEPULVEDA ET AL. v. UNITED STATES (two cases). C. A. 1st Cir. Certiorari denied.

No. 93–8625. GOODLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8654. SWORD v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 93–8656. TORRES-TIRADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8687. MORRIS v. GRAVEN ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–8807. SULE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8840. MANUEL L. v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 93–8867. ENGRON v. DEPARTMENT OF LABOR. C. A. 7th Cir. Certiorari denied.

No. 93–8871. SMITH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.